SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephen A. Sommers, SBN 225742
Ramsey F.M. Hanafi, SBN 262515
Samantha R. Nilsen, SBN 264919
Ashley A. Ernst, SBN 284921
201 Mission Street, 12th Floor
San Francisco, CA 94105
(415) 432-4372 (Tel.)
(415) 432-4376 (Fax)
ssommers@employmentlawsf.com

Attorneys for Plaintiff
Marvin Cabrera

SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Cassandra H. Carroll (SBN 209123)
ccarroll@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendants
ARCHITECTURE FOR HUMANITY, INC. and GRETCHEN MOKRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CABRERA, an individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARCHITECTURE FOR HUMANITY, INC., a New York Corporation; GRETCHEN MOKRY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant(s). | Case No. 4:13-cv-02714-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT GRETCHEN MOKRY WITHOUT PREJUDICE** |

Page 1

*Cabrera v. Architecture for Humanity et al.* Northern District of California Case No. 4:13-cv-02714-PJH
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS GRETCHEN MOKRY WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure section 41(a)(1)(ii), Plaintiff Marvin Cabrera and Defendants Architecture for Humanity, Inc. and Gretchen Mokry hereby stipulate that this action and all claims Plaintiff has asserted against Defendant Gretchen Mokry in this action are hereby dismissed without prejudice.

Dated: September 19, 2013     SOMMERS EMPLOYMENT LAW GROUP, P.C.

/s/
Ashley Ernst
Attorneys for Plaintiff

Dated: September 19, 2013     SEYFARTH SHAW

/s/
Cassandra Carroll
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

Dated: September 20, 2013

_____
United States District Court Judge

[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

- 2 -

*Cabrera v. Architecture for Humanity et al.* Northern District of California Case No. 4:13-cv-02714-PJH
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS GRETCHEN MOKRY WITHOUT PREJUDICE